**Order entered April 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00165-CV

### IN THE INTEREST OF C.J.B., A CHILD

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-30017-2018

## ORDER

Before the Court is appellant's second motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief received April 5, 2019 filed as of the date of this order.

/s/ KEN MOLBERG
   JUSTICE